JAMES D. PETRUZZI (SBN 15853280)
MASON & PETRUZZI
4900 Woodway, Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100

Attorneys for Plaintiff LARRY JUNKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY G. JUNKER** § § | | |
| Plaintiff, § | **CIVIL ACTION NO. _____** | |
| §  v. § § | | |
| **HDC CORPORATION** § § | **JURY TRIAL DEMANDED** | |
| Defendant. § § § | | |

COMPLAINT FOR PATENT INFRINGEMENT

Larry G. Junker (hereinafter "Plaintiff"), for his Complaint for Patent Infringement against HDC Corporation (hereinafter "HDC"), states and alleges as follows:

1.  Plaintiff Larry G. Junker is an individual residing in the State of Florida with a principal address of 8930 Roan Lane East, Inverness, FL 34450, and is the owner of United States Design Patent No. D450,839 entitled "Handle for Introducer Sheath," ("the '839 Patent").

2.  Upon information and belief, HDC Corporation, is a corporation organized and existing under the laws of the State of California with a principal place of business at 628

Gibraltar Ct. Milpitas, CA 95035.  HDC may be served through its registered agent for service of process Leonard G. Ross at 628 Gibraltar Ct,, Milpitas, CA 93035.  HDC has committed acts of infringement in this judicial district and is subject to personal jurisdiction in this judicial district.

### COUNT I - PATENT INFRINGEMENT

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 United States Code, Sections 271 *et seq*.

4. Jurisdiction of the subject matter of this action is established under 28 U.S.C. §§ 1331 and 1338.  Venue is determined by 28 U.S.C. §§1391 and 1400.

5. On information and belief, HDC has willfully and knowingly made, used, sold and/or offered for sale devices embodying the patented invention that constitute infringement of U.S. Patent No. D450,839 in violation of 35 U.S.C. §271, *et seq*.

6. Plaintiff seeks damages for HDC's infringement in an amount no less than HDC's profit.

WHEREFORE, Plaintiff prays for:

A. An award of damages for infringement;

B. An award of attorney fees in this action pursuant to 35 U.S.C. §285;

C. An award of interest and costs of suit; and

D. Such other relief as the Court deems proper and just.

Dated:  October 1, 2007

                                                           __/s James D. Petruzzi_____
                                                                James D. Petruzzi

        Texas Bar No. 15853280  
        MASON & PETRUZZI  
        4900 Woodway, Ste. 745  
        Houston, Texas 77056  
        Telephone: (713) 840-9993  
        Facsimile: (713) 877-9100  
        JPetruzzi@MasonPetruzzi.com  

        Attorneys for Plaintiff  
        LARRY G. JUNKER  

Of counsel  
Robert M. Mason  
Mason & Petruzzi  
13601 Preston Road, Suite 402W  
Dallas, Texas 75240  
Telephone: (972) 788-1500  
Facsimile: (972) 788-1561  
RMason@MasonPetruzzi.com  

## **PLAINTIFF'S JURY DEMAND**

Plaintiff demands a trial by jury on all issues that may be so tried.

        __/s James D. Petruzzi_____  
        James D. Petruzzi