# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-5094 JCS**

**CASE NAME: Larry G. Junker v. HDC Corp.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY: Karen Hom** |
| **DATE: January 11, 2008  TIME: 1 min** | **COURT REPORTER: <u>FTR 2:36-2:37</u>** |
| **COUNSEL FOR PLAINTIFF:**<br>No Appearance | **COUNSEL FOR DEFENDANT:**<br>No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Case Management Conference | Not Held |

**ORDERED AFTER HEARING:**

Order to Show Cause shall issue for failure to appear as ordered by the Court and why this case should not be dismissed for failure to prosecute.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO: 02/15/08  at 1:30 p.m., for OSC and case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal** | **Expert Discovery Cutoff:** |
| **Motions Hearing**  at 9:30 a.m. | | **Pretrial Conference**  at 1:30 p.m. |
| **Trial Date:**  at 8:30 a.m.  ( ) Jury  ( ) Court | **Set for** | **Days** |

CC:    Chambers