JAMES D. PETRUZZI (SBN 15853280)
MASON & PETRUZZI
4900 Woodway, Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100

Attorneys for Plaintiff LARRY JUNKER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY G. JUNKER** | § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO.** 3:07-cv-5094 |
| v. | § § | |
| **HDC CORPORATION** | § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § § | |

PLAINTIFF'S REQUEST TO CLERK
FOR ENTRY OF DEFAULT AND PROPOSED ENTRY

    Plaintiff Larry G. Junker ("Junker"), hereby requests the Clerk of the Court, pursuant to Rule 55(a) of the Federal Rule of Civil Procedure, enter default against defendant HDC Corporation in this cause for failure to plead or otherwise defend. Plaintiff served the complaint on Defendant HDC Corporation on November 21, 2007, evidenced by the proof of service of summons on file with this Court.

Respectfully submitted,

    /s/ James D. Petruzzi
James D. Petruzzi
Texas Bar No. 15853280
MASON & PETRUZZI
4900 Woodway, Ste. 745
Houston, Texas  77056
Telephone:     (713) 840-9993
Facsimile:      (713) 877-9100
eMail:  JPetruzzi@MasonPetruzzi.com

CERTIFICATE OF SERVICE

     I hereby certify that on January 14, 2008 I electronically filed the foregoing PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT AND PROPOSED ENTRY with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The following attorneys of record for Defendant have consented in writing to accept notice as service of this document by electronic means and are being served by a "Notice of Electronic Filing" sent by the electronic case filing ("ECF") system:

     [n/a].

     /s James D. Petruzzi
     James D. Petruzzi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY G. JUNKER** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:07-cv-5094 |
| v. | § § | |
| **HDC CORPORATION** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

CLERK'S ENTRY OF DEFAULT

Upon request of the Plaintiff for entry of default against defendant HDC Corporation who has failed to appear and failed to answer the Complaint in this cause, the Clerk of the Court has reviewed its file in this cause and is satisfied that the proof of service of summons and other pleadings filed therein establish that the defendant has been properly served with summons of the Complaint and has failed to plead, file an Answer, or otherwise appear.

Therefore, upon request of the Plaintiff's counsel, default is hereby entered against defendant HDC Corporation.

Entered this _____ day of _____, 2008.

_____
RICHARD W. WIEKING
Clerk of the United States District Court
For the Northern District of California

BY: _____
Deputy Clerk

**CLERK'S ENTRY OF DEFAULT**