United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JUNKER,<br><br>        Plaintiff(s),<br><br>   v.<br><br>HDC CORPORATION,<br><br>        Defendant(s).<br>_____/ | No. C 07-05094 JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 11, 2008, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **February 15, 2008, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on January 11, 2008, and for failure to prosecute this action. A case management conference is also scheduled for February 15, 2008, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 17, 2008

                                                JOSEPH C. SPERO
                                                United States Magistrate Judge