UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JUNKER, | Case No. 07-05094 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO CONTINUE ORDER TO SHOW CAUSE HEARING AND INITIAL CASE MANAGEMENT CONFERENCE [Docket No. 11]** |
| HDC CORPORATION, | |
| Defendant(s). | |

On January 18, 2008, Plaintiff filed a letter requesting that the Order to Show Cause Hearing and Case Management Conference be continued to February 22, 2008 (the "Motion").

IT IS HEREBY ORDERED that the Motion is GRANTED in part. The Order to Show Cause Hearing and Initial Case Management Conference, currently set for February 15, 2008, at 1:30 p.m., has been continued to **February 29, 2008, at 1:30 p.m.** Plaintiff may appear telephonically for the hearing. The Court will initiate the phone contact. Counsel shall be available beginning at 1:30 p.m., PST to await the Court's call.

IT IS SO ORDERED.

Dated: January 23, 2008

JOSEPH C. SPERO
United States Magistrate Judge