# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-5094 JCS**

**CASE NAME:** Larry G. Junker v. HDC Corp.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** Feb. 29, 2008    **TIME:** 11 min | **COURT REPORTER:** Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>James D. Petruzzi (T)* | **COUNSEL FOR DEFENDANT:**<br>No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Order to Show Cause for Failure to Appear on 1/11/8. | Expunged |
| 2. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**

Plaintiff shall file a Motion for Default Judgment within the next 60 days.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal** | **Expert Discovery Cutoff:** |
| **Motions Hearing**    at 9:30 a.m. | | **Pretrial Conference**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m. ( ) Jury ( ) Court | **Set for**    Days | |

CC:    Chambers
(T) *= Telephonic Appearance