UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JUNKER,<br><br>          Plaintiff(s),<br><br>  v.<br><br>HDC CORPORATION,<br><br>          Defendant(s).<br>_____/ | Case No. C-07-05094 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **February 29, 2008,**

IT IS HEREBY ORDERED THAT:

1. The Order to Show Cause for Failure to Appear on January 11, 2008, has been expunged.

2. Plaintiff shall file a Motion for Default Judgment within the next sixty (60) days.

IT IS SO ORDERED.

Dated:  March 3, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

fcmcpto 3-3-8.wpd