JAMES D. PETRUZZI (SBN 15853280)
MASON & PETRUZZI
4900 Woodway, Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100

Attorneys for Plaintiff LARRY JUNKER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LARRY G. JUNKER** | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 3:07-cv-5094 |
| v. | § § | |
| **HDC CORPORATION** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § § | |

## JUDGMENT [Proposed]

This cause came on motion for judgment, and the Court having considered the evidence introduced and the arguments presented by the parties, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. United States Letters Patent D450,839 was infringed by Defendant HDC Corporation by willfully and knowingly making, using, selling and offering for sale devices embodying the patented invention that constitute infringement of U.S. Patent No. D450,839.

2.  Plaintiff Larry G. Junker is entitled to recover of Defendant the damages which he sustained by reason of said Defendant's infringement in the amount of $23,640.00.

3.  Plaintiff is awarded pre-judgment interest in the amount of $5853.26.

4.  Defendant's infringement was willful.

5.  Based on this Court's finding that infringement by Defendant was willful and for other good cause, this case is deemed an exceptional case under 35 U.S.C. §285.

6.  Plaintiff is awarded reasonable and necessary attorneys fees under 35 U.S.C. §285 in the amount of $3,643.75.

7.  Defendant shall pay all taxable court costs to be determined upon submission of a costs bill by Plaintiff.

8.  This judgment is final.

_____
Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California

CERTIFICATE OF SERVICE

    I hereby certify that on April 3, 2008 I electronically filed the foregoing JUDGMENT [PROPOSED] with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court.  The following attorneys of record for Defendant have consented in writing to accept notice as service of this document by electronic means and are being served by a "Notice of Electronic Filing" sent by the electronic case filing ("ECF") system:

        [n/a].

    A copy of the foregoing proposed judgment was mailed certified mail, return receipt requested to HDC Corporation, 628 Gibraltar Ct. Milpitas, CA 95035.

        /s James D. Petruzzi
        James D. Petruzzi