# MASON & PETRUZZI

4900 WOODWAY
SUITE 745
HOUSTON, TEXAS 77056

TELEPHONE: (713) 840-9993
FACSIMILE: (713) 877-9100
JPETRUZZI@MASONPETRUZZI.COM

JAMES D. PETRUZZI

June 12, 2008

Honorable Magistrate Judge Joseph C. Spero
United States District Court, Courtroom A 15th Floor
Northern District of California
450 Golden Gate
San Francisco, CA 94102

**Re: Junker V. HDC Corporation, Civil Action NO. 3:07-Cv-5094**

Dear Judge Spero:

    I represent the Plaintiff Larry Junker in the above matter. A hearing on Plaintiff's Request for Default Judgment has been set for June 20, 2008 at 9:30 a.m. Due to a scheduling conflict, I am requesting the opportunity to attend via landline telephone at 409-632-9708. If for some reason, there is a problem reaching me at the number, you may try as an alternative my cell number of (713) 446-8277.

    Thank you for your attention to this matter.

Yours very truly,

James D. Petruzzi

PATENTS • TRADEMARKS • COPYRIGHTS • LITIGATION • LICENSING • RELATED MATTERS