# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.: C07-5094 JCS**

**CASE NAME:** Larry G. Junker v. HDC Corp.

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** June 20, 2008     **TIME:** 14 min | **COURT REPORTER:** Belle Ball |
| **COUNSEL FOR PLAINTIFF:** <br> James Petruzzi* (T) | **COUNSEL FOR DEFENDANT:** <br> No Appearance |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Pla's Motion for Default Jgm [Docket #20] | Submitted |

**ORDERED AFTER HEARING:**

Plaintiff shall file supplemental declarations by July 11, 2008. Upon the filing of the supplemental declarations, the Court will issue a Report and Recommendation. Upon issuance of the Report and Recommendation, this action will be reassigned to a district judge.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff     ( ) Defendant     (X) Court**

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal** | **Expert Discovery Cutoff:** |
| **Motions Hearing**     at 9:30 a.m. | | **Pretrial Conference**     at 1:30 p.m. |

**Trial Date:**     at 8:30 a.m.  ( ) Jury  ( ) Court   Set for          Days

CC:     Chambers
*(T) = Telephonic Appearance