JAMES D. PETRUZZI (SBN 15853280)
MASON & PETRUZZI
4900 Woodway, Suite 745
Houston, Texas 77056
Telephone: (713) 840-9993
Facsimile: (713) 877-9100

Attorneys for Plaintiff LARRY JUNKER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **LARRY G. JUNKER** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 3:07-cv-5094** |
| | § | |
| **v.** | § | |
| | § | |
| **HDC CORPORATION** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |
| | § | |

**SUPPLEMENTAL DECLARATION OF JAMES D. PETRUZZI IN SUPPORT OF REQUEST FOR DEFAULT JUDGMENT**

I, James D. Petruzzi declare:

1. I am an attorney licensed to practice law in the State of Texas and am admitted before this Court as attorney of record for Plaintiff Larry G. Junker. I know the following facts of my own personal knowledge, and if called upon, would and could competently testify thereto.

2. Attached here as Exhibit D is a true and correct copy of design patent D450, 839 issued to Plaintiff Larry Junker on November 20, 2001. The patent covers the ornamental design of a pull-apart sheath introducer used in facilitating the insertion of catheters and other ports into the body.

3. Attached hereto as Exhibit E is a true and correct copy of the 2002 order sheet used by Defendant HDC Corporation (”HDC”) for the sale of products including the Introducer Kits, and the Chemo Cath products. This was obtained from an archive of internet pages maintained by Internet Archive Waybackmachine at www.archive.org. The date of the website page was November 21, 2002, the approximate time period during which sales of the Introducer kits sold by HDC were taking place. The product offering shows that even though the peel-away sheath may be sold separately as seen on page 2 of the exhibit, the Introducer Kits and all its contents are only sold as a unit as shown on page 6 of the exhibit.

4. In an earlier ordering page from 1999, the Introducer Kit included an instruction manual, needle and guidewire none of which are sold separately. Attached hereto as Exhibit F is a true and correct copy of the 1999 ordering page. The needle and guidewire are used with the introducer sheath to introduce into the body the Chemo-Cath and Chemo-Port items referred to in Mr. Duvall’s email of October 10, 2008. The Introducer Kit is useless without the introducer sheath which includes the patented handle design as it is the mechanism which permits introduction of the catheter and then removal of the introducer by peeling back the sheath and pulling it apart at the handle.

5. The entire market value rule “allows recovery based on the value of an entire mechanism, even though only one of several features is patented, where the entire market

value of the total mechanism is attributable to the patented feature. See *Crosby Steam Gage and Valve Co. v. Consolidated Safety Valve Co*., 141 U.S. 441, 35 L. Ed. 809, 12 S. Ct. 49 (1891); *American Safety Table Co. v. Schreiber*, 415 F.2d 373, 377 (2d Cir. 1969), *cert. denied*, 396 U.S. 1038, 24 L. Ed. 2d 682, 90 S. Ct. 683 (1970); *Paper Converting Machine Co. v. FMC Corp.*, 432 F. Supp. 907, 913 (E.D. Wis. 1977), aff'd mem., 588 F.2d 832 (7th Cir. 1978)." *Signode Corp. v. Weld-Loc Systems, Inc.*, 700 F.2d 1108, 1113-1114 (7th Cir. Ill. 1983) "In these cases, and in others that apply the entire market value rule, the patented feature was part of a larger mechanism, and the mechanism without the patented feature had little or no market value." Id.

6. The patented introducer sheath is part of the Introducer Kit and the kit has no value without the sheath. There is no evidence that HDC sells the individual kit items separately, and importantly, it only sells the kit with the introducer sheath included. Clearly, the patented sheath is the key component in the kit and the entire market rule applies.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of July, 2008 at Houston, Texas

James D. Petruzzi

US00D450839S

(12) **United States Design Patent** (10) **Patent No.:** **US D450,839 S**
**Junker** (45) **Date of Patent:** ** **Nov. 20, 2001**

(54) **HANDLE FOR INTRODUCER SHEATH**

(76) Inventor: **Larry G. Junker**, 8930 Roam La. East, Inverness, FL (US) 34450

(**) Term: **14 Years**

(21) Appl. No.: **29/118,289**

(22) Filed: **Feb. 7, 2000**

(51) **LOC (7) Cl.** .......... **24-02**
(52) **U.S. Cl.** .......... **D24/130**
(58) **Field of Search** .......... D24/112, 130, D24/133; 604/164.01, 164.05, 165.3, 167, 160, 161, 523, 264

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D. 318,733 | * | 7/1991 | Wyzgala | D24/112 |
| D. 430,290 | * | 8/2000 | Cindrich et al. | D24/112 |
| 3,653,388 | | 4/1972 | Tenckhoff . | |
| 4,596,559 | | 6/1986 | Fleischhacker . | |
| 4,772,266 | | 9/1988 | Groshong . | |
| 4,983,168 | | 1/1991 | Moorehead . | |
| 5,098,392 | * | 3/1992 | Fleischhacker et al. | 604/165 |
| 5,125,904 | | 6/1992 | Lee . | |
| 5,221,263 | * | 6/1993 | Sinko et al. | 604/161 |
| 5,250,033 | | 10/1993 | Evans et al. . | |
| 5,397,311 | | 3/1995 | Walker et al. . | |
| 5,441,504 | | 8/1995 | Pohndorf et al. . | |
| 5,613,953 | | 3/1997 | Pohndorf . | |
| 5,743,882 | * | 4/1998 | Luther | 604/167 |
| 5,755,693 | | 5/1998 | Walker et al. . | |
| 5,951,518 | | 9/1999 | Licata et al. . | |
| 6,083,207 | * | 7/2000 | Heck | 604/164 |

FOREIGN PATENT DOCUMENTS

3834600 6/1992 (DE) .

* cited by examiner

*Primary Examiner*—Ian Simmons
(74) *Attorney, Agent, or Firm*—Frijouf, Rust & Pyle P.A.

(57) **CLAIM**

The ornamental design for a handle for introducer sheath, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my new design for a handle for introducer sheath with the sheath being shown in phantom;

FIG. **2** is a perspective view thereof, shown in severed condition;

FIG. **3** is a front view of FIG. **1**;

FIG. **4** is a cross-sectional view thereof, taken along the line **4—4** of FIG. **2**;

FIG. **5** is an enlarged top view thereof;

FIG. **6** is a front view thereof with the rear view being a mirror image thereof;

FIG. **7** is a bottom view thereof; and

FIG. **8** is a cross-sectional view thereof, taken along the line **8—8** of FIG. **5**; and,

FIG. **9** is a right side view with the left view being a mirror image thereof.

**1 Claim, 4 Drawing Sheets**



EXHIBIT D




FIG. 1

FIG. 2

EXHIBIT D



FIG. 3



FIG. 4




FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

# HDC® Neo V-Cath® Neonatal PICC

**Ordering Information**

| Product Number | Detailed Product Description | Stylet | Packaged |
|---|---|---|---|
| **Standard V-Cath PICC Tray** | | | |
| **Breakaway Needle Introducer (20 ga)** | | | |
| 350-00 | 2.0 Fr/23 ga, 40 cm, Single Lumen | None | 10/cs. |
| 350-42 | 2.0 Fr/23 ga, 25 cm, Single Lumen | E-Z Flush Stylet GW | 10/cs. |
| 350-40 | 2.0 Fr/23 ga, 40 cm, Single Lumen | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® w/ Safety Needle Introducer (2 FR)** | | | |
| 2012-174 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| 207-174 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| 207-1725 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer (2 FR)** | | | |
| *350-05 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| *352-42 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| *352-40 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| **Small V-Cath PICC Tray** | | | |
| **Breakaway Needle Introducer (20 ga)** | | | |
| 350-10 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| **Mini V-Cath PICC Tray** | | | |
| **Breakaway Needle Introducer (20 ga)** | | | |
| 205-102 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| 350-72 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| 355-70 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® w/ Safety Needle Introducer (2 FR)** | | | |
| 2013-1725 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| 2011-1725 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| 2011-174 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer (2 FR)** | | | |
| 204-102 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | None | 10/cs. |
| 355-72 | 2.0 Fr/23 ga, 25 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |
| 355-75 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC | E-Z Flush Stylet GW | 10/cs. |

*** Custom Kit - by special order only.**

# HDC® V-Cath® PICC For Pediatric & Adult Patients

**Ordering Information**

| Product Number | Detailed Product Description | Stylet | Packaged |
|---|---|---|---|
| **Standard V-Cath PICC Tray** | | | |
| **Breakaway Needle Introducer** | | | |
| 400-40 | 3.8 Fr/18 ga., 60cm, Single Lumen w/ 16ga Introducer | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® w/ Safety Needle Introducer** | | | |
| 207-164 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 307-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 407-166 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 507-266 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ 5Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer** | | | |
| *352-45 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *306-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *406-166 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *395-60 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ 5Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Small V-Cath PICC Tray** | | | |
| **Breakaway Needle Introducer** | | | |
| 400-50 | 3.8 Fr/18 ga, 60cm, Single Lumen w/ 16ga Introducer | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® w/ Safety Needle Introducer** | | | |
| 208-164 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 308-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 408-166 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 508-166 | 5.0 Fr/16 ga, 60 cm, Single Lumen V-Cath PICC w/5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 398-266 | 3.9 Fr(20/20 ga), 60 cm, Dual Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 508-265 | 5.0 Fr(18/18 ga), 50 cm, Dual Lumen V-Cath PICC w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| 508-266 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| 508-296 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ Trimmable Catheter & 5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer** | | | |
| *352-55 | 2.0 Fr/23 ga, 40 cm, Single Lumen V-Cath PICC w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *303-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *403-166 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *503-166 | 5.0 Fr/16 ga, 60 cm, Single Lumen V-Cath PICC w/5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *393-266 | 3.9 Fr(20/20 ga), 60 cm, Dual Lumen V-Cath PICC w/ 4Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *394-60 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ 5Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| *503-266 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ **Trimmable** Catheter & 5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| **Mini V-Cath PICC Tray** | | | |
| **Safe-T-Peel® w/ Safety Needle Introducer** | | | |
| 3011-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 4011-166 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 5011-166 | 5.0 Fr/16 ga, 60 cm, Single Lumen V-Cath PICC w/ 5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 5011-266 | 5.0 Fr(18/18 ga),60 cm, Dual Lumen V-Cath PICC w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer** | | | |
| 304-166 | 3.0 Fr/20 ga, 60 cm, Single Lumen V-Cath PICC w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 380-75 | 4.0 Fr/17 ga, 60 cm, Single Lumen V-Cath PICC w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 385-75 | 5.0 Fr/16 ga, 60 cm, Single Lumen V-Cath PICC w/ 5.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 390-76 | 5.0 Fr(18/18 ga), 60 cm, Dual Lumen V-Cath PICC w/ 5Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |

*** Custom Kit - by special order only.**

## HDC® V-Cath® Midline Catheters

Ordering Information

| Product Number | Detailed Product Description | Stylet | Packaged |
|---|---|---|---|
| **Small Midline Tray** | | | |
| **Safe-T-Peel® w/ Safety Needle Introducer** | | | |
| 208-162 | 2.0 Fr/23 ga, 20 cm, Single Lumen V-Cath Midline w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 308-162 | 3.0 Fr/20 ga, 20 cm, Single Lumen V-Cath Midline w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 408-162 | 4.0 Fr/17 ga, 20 cm, Single Lumen V-Cath Midline w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 508-262 | 5.0 Fr(18/18 ga), 20 cm, Dual Lumen V-Cath Midline w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer** | | | |
| *350-08 | 2.0 Fr/23 ga, 20 cm, Single Lumen V-Cath Midline w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *360-08 | 3.0 Fr/20 ga, 20 cm, Single Lumen V-Cath Midline w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *380-08 | 4.0 Fr/17 ga, 20 cm, Single Lumen V-Cath Midline w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| *390-08 | 5.0 Fr(18/18 ga), 20 cm, Dual Lumen V-Cath Midline w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Mini Midline Tray** | | | |
| **Safe-T-Peel® w/ Safety Needle Introducer** | | | |
| 2011-162 | 2.0 Fr/23 ga, 20 cm, Single Lumen V-Cath Midline w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 3011-162 | 3.0 Fr/20 ga, 20 cm, Single Lumen V-Cath Midline w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 4011-162 | 4.0 Fr/17 ga, 20 cm, Single Lumen V-Cath Midline w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 5011-262 | 5.0 Fr(18/18 ga), 20 cm, Dual Lumen V-Cath Midline w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |
| **Safe-T-Peel® OTN Sheath Introducer** | | | |
| 355-78 | 2.0 Fr/23 ga, 20 cm, Single Lumen V-Cath Midline w/ 2.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 360-78 | 3.0 Fr/20 ga, 20 cm, Single Lumen V-Cath Midline w/ 3.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 380-78 | 4.0 Fr/17 ga, 20 cm, Single Lumen V-Cath Midline w/ 4.0 Fr Introducer | E-Z Flush Stylet GW | 10/cs. |
| 390-78 | 5.0 Fr(18/18 ga), 20 cm, Dual Lumen V-Cath Midline w/ 5.0 Fr Introducer (staggered ends) | E-Z Flush Stylet GW | 10/cs. |

*** Custom Kit - by special order only.**

## HDC® V-Cath® Accessories

Ordering Information

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Breakaway Needle Introducer** | | |
| 350-20 | 20 ga (for 2.0 Fr V-Cath) | 10/cs |
| 400-20 | 16 ga (for 3.8 Fr V-Cath) | 10/cs |
| **Safe-T Peel® OTN Sheath Needle Introducer** | | |
| 350-25 | 2.0 Fr (for 2.0 Fr V-Cath) | 10/cs |
| 360-25 | 3.0 Fr (for 3.0 Fr V-Cath) | 10/cs |
| 380-25 | 4.0 Fr (for 3.9 & 4.0 Fr V-Cath) | 10/cs |
| 390-25 | 5.0 Fr (for 5.0 Fr V-Cath) | 10/cs |
| **Safe-T Peel® Safety Needle Introducer** | | |
| 350-300 | 2.0 Fr (for 2.0 Fr V-Cath) | 10/cs |
| 360-300 | 3.0 Fr (for 3.0 Fr V-Cath) | 10/cs |
| 380-300 | 4.0 Fr (for 3.9 & 4.0 Fr V-Cath) | 10/cs |
| 390-300 | 5.0 Fr (for 5.0 Fr V-Cath) | 10/cs |
| **V-Cath Repair Kit** | | |
| 350-01 | 2.0 Fr V-Cath Repair Kit | 10/cs |
| 360-01 | 3.0 Fr V-Cath Repair Kit | 10/cs |
| 380-01 | 4.0 & 5.0 Fr V-Cath Repair Kit | 10/cs |
| 390-01 | 3.9 & 5.0 Dual Lumen V-Cath Repair Kit | 10/cs |
| 400-01 | 3.8 Fr V-Cath Repair Kit | 10/cs |
| **Miscellaneous Accessories** | | |
| HPD | V-Lock Catheter Securement Device | 40/cs |
| **V-Wings: V-Cath Securement Suture Wings** | | |
| 360-02 | 3.0 Fr (for 3.0 Fr V-Cath) | 10/cs |
| 380-02 | 4.0 Fr (for 4.0 Fr V-Cath) | 10/cs |
| **V-Cath Insertion Tray** | | |
| 301-00 | V-Cath Insertion Tray (for use with all V-Cath Products) | 10/cs. |
| **Catheter Exchange wires for radiology** | | |
| 914-80 | Catheter Exchange wires (80cm, 0.014" diameter size) | 2/cs |
| 914-130 | Catheter Exchange wires (130cm, 0.014" diameter size) | 2/cs |

## HDC® Seldinger Kits for Nurse's

Ordering Information

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Nurse's Modified Seldinger Kit (to be dicontinued effective July 01, 2004)** | | |
| 302-166 | 3.0 Fr (.023" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 3.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| 402-166 | 4.0 Fr (.030" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| 502-166 | 5.0 Fr (.037" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit,, 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| 392-266 | 3.9 Fr (.020/.020" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| 502-266 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| 502-276 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit (w/o clamps), 3.8cm & 5.7cm Nurses Seldinger Needle | 10/cs. |
| **Nurse's Modified Seldinger Introducer Only Kits (to be dicontinued effective July 01, 2004)** | | |
| 302-003 | 3.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 5/cs |
| 402-003 | 4.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 5/cs |
| 502-003 | 5.5 Fr Introducer Kit, 3.8cm & 5.7cm Nurses Seldinger Needle | 5/cs |
| **Nurse's Modified Safety Seldinger Kit** | | |
| 3029-1660 | 3.0 Fr (.023" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 3.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 10/cs. |
| 4029-1660 | 4.0 Fr (.030" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 10/cs. |
| 5029-1660 | 5.0 Fr (.037" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit,, 5.7cm Nurses Seldinger Needle | 10/cs. |
| 3929-2660 | 3.9 Fr (.020/.020" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 10/cs. |
| 5029-2660 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 10/cs. |
| **Nurse's Modified Safety Seldinger Introducer Only Kits** | | |
| 3029-003 | 3.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 5/cs |
| 4029-003 | 4.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 5/cs |
| 5029-003 | 5.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 5/cs |
| **Nurse's Modified Safety Needle Only** | | |
| 600-004 | 3.5 Fr Introducer Kit, 5.7cm Nurses Seldinger Needle | 10/cs |

## HDC® Seldinger Kits for IR/Anesthesiology

Ordering Information

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Radiology/Anesthesiology Seldinger Kit** | | |
| 300-166 | 3.0 Fr (.023" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 3.5 Fr Introducer Kit | 10/cs. |
| 400-166 | 4.0 Fr (.030" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit | 10/cs. |
| 500-166 | 5.0 Fr (.037" I.D.), 60 cm, Single Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit | 10/cs. |
| 390-266 | 3.9 Fr (.020/.020" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 4.5 Fr Introducer Kit | 10/cs. |
| 500-266 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit | 10/cs. |
| 500-276 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Introducer Kit (w/o clamps) | 10/cs. |
| 700-266 | 7.0 Fr (.036/.036" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 7.5 Fr Introducer Kit | 10/cs. |
| 501-266 | 5.0 Fr (.028/.028" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 5.5 Fr Platinum Introducer Kit | 10/cs. |
| 701-266 | 7.0 Fr (.036/.036" I.D.), 60 cm, Dual Lumen V-Cath PICC w/ 7.5 Fr Platinum Introducer Kit | 10/cs. |
| **Radiology/Anesthesiology Seldinger Introducer Only Kits** | | |
| 300-008 | 3.5 Fr Introducer Kit | 5/cs |
| 400-008 | 4.5 Fr Introducer Kit | 5/cs |
| 500-008 | 5.5 Fr Introducer Kit | 5/cs |
| 700-008 | 7.5 Fr Introducer Kit | 5/cs |
| 301-008 | 3.5 Fr Platinum Introducer Kit | 5/cs |
| 401-008 | 4.5 Fr Platinum Introducer Kit | 5/cs |
| 501-008 | 5.5 Fr Platinum Introducer Kit | 5/cs |
| 701-008 | 7.5 Fr Platinum Introducer Kit | 5/cs |

## HDC® Chemo-Cath® Central Venous Access System

**Ordering Information**

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Chemo-Cath Tray with Introducer Kit** | | |
| 335-03 | 3.0 Fr (0.5 mm I.D.), 67 cm, Single Lumen Chemo-Cath w/ 4.0 Fr Introducer Kit | 5/cs. |
| 335-04 | 4.0 Fr (0.6 mm I.D.), 71 cm, Single Lumen Chemo-Cath w/ 5.0 Fr Introducer Kit | 5/cs. |
| 335-06 | 6.6 Fr (1.0 mm I.D.), 92 cm, Single Lumen Chemo-Cath w/ 7.0 Fr Introducer Kit | 5/cs. |
| 335-09 | 9.6 Fr (1.6 mm I.D.), 92 cm, Single Lumen Chemo-Cath w/ 10.5 Fr Introducer Kit | 5/cs. |
| 335-07 | 7.0 Fr (0.7/1.0 mm I.D.), 71 cm, Dual Lumen Chemo-Cath w/ 8.0 Fr Introducer kit | 5/cs. |
| 335-10 | 9.6 Fr (0.7/1.3 mm I.D.), 92 cm, Dual Lumen Chemo-Cath w/ 10.5 Fr Introducer Kit | 5/cs. |
| 335-12 | 12.0 Fr (1.6/1.6 mm I.D.), 92 cm, Dual Lumen Chemo-Cath w/ 13.0 Fr Introducer Kit | 5/cs. |

| Product Number | Detailed Product Description | Recommended Intro. Kit | Packaged |
|---|---|---|---|
| **Chemo-Cath Only Tray** | | | |
| 331-03 | 3.0 Fr (0.5 mm I.D.), 67 cm, Single Lumen Chemo-Cath | 334-03 (4 Fr) | 5/cs. |
| 330-04 | 4.0 Fr (0.6 mm I.D.), 71 cm, Single Lumen Chemo-Cath | 334-04 (5 Fr) | 5/cs. |
| 330-06 | 6.6 Fr (1.0 mm I.D.), 92 cm, Single Lumen Chemo-Cath | 334-06 (7 Fr) | 5/cs. |
| 330-09 | 9.6 Fr (1.6 mm I.D.), 92 cm, Single Lumen Chemo-Cath | 334-09 (10.5 Fr) | 5/cs. |
| 330-07 | 7.0 Fr (0.7/1.0 mm I.D.), 71 cm, Dual Lumen Chemo-Cath | 334-07 (8 Fr) | 5/cs. |
| 330-10 | 9.6 Fr (0.7/1.3 mm I.D.), 92 cm, Dual Lumen Chemo-Cath | 334-09 (10.5 Fr) | 5/cs. |
| 330-12 | 12.0 Fr (1.6/1.6 mm I.D.), 92 cm, Dual Lumen Chemo-Cath | 334-12 (13 Fr) | 5/cs. |
| **Chemo-Cath Repair Kits** | | | |
| 330-01 | 6.6 Fr Chemo-Cath Repair Kit | | 1/ea |
| 330-02 | 9.6 Fr Chemo-Cath Repair Kit | | 1/ea |
| 330-03 | 4.0 Fr Chemo-Cath Repair Kit | | 1/ea |
| | ( Repair Kits repair **Only** the Legs on Chemo-Cath Catheters) | | |

## HDC® Chemo-Cath® & Chemo-Port® Accessories

**Ordering Information**

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Universal Percutaneous Introducer Kit** | | |
| 334-03 | 4.0 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| 334-04 | 5.0 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| 334-06 | 7.0 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| 334-07 | 8.0 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| 334-09 | 10.5 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| 334-12 | 13.0 Fr Universal Percutaneous Introducer Kit | 5/cs. |
| **VAD Tunneler** | | |
| 720-17 | VAD Tunneling Instrument | 10/cs |

## HDC® Chemo-Port® Vascular Access System

Ordering Information

| Product Number | Detailed Product Description | Recommended Intro. Kit | Attachement | Packaged |
|---|---|---|---|---|
| **Chemo-Port Implantable - Vascular** | | | | |
| **Standard Tintanium Chemo-Port** | | | | |
| 700-01-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Preattached | 1/ea |
| 700-01-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Attachable | 1/ea |
| 700-01-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Preattached | 1/ea |
| 700-01-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Attachable | 1/ea |
| **Standard Delrin Chemo-Port** | | | | |
| 700-06-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Preattached | 1/ea |
| 700-06-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Attachable | 1/ea |
| 700-06-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Preattached | 1/ea |
| 700-06-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Attachable | 1/ea |
| **Low Profile Titanium Chemo-Ports** | | | | |
| 700-05-10 | 4.0 Fr (0.6 mm I.D.), 70cm, Single Lumen | 334-04 (5.0 Fr) | Preattached | 1/ea |
| 700-05-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Preattached | 1/ea |
| 700-05-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Attachable | 1/ea |
| 700-05-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Preattached | 1/ea |
| 700-05-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Attachable | 1/ea |
| **Low Profile Delrin Chemo-Port** | | | | |
| 700-08-10 | 4.0 Fr (0.6 mm I.D.), 70 cm, Single Lumen | 334-04 (5.0 Fr) | Preattached | 1/ea |
| 700-08-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Preattached | 1/ea |
| 700-08-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 334-06 (7.0 Fr) | Attachable | 1/ea |
| 700-08-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Preattached | 1/ea |
| 700-08-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 334-09 (10.5 Fr) | Attachable | 1/ea |
| **Standard Dual Delrin Chemo-Port** | | | | |
| 700-07-12 | 10.0 Fr (1.2 mm I.D.), 76 cm, Dual Lumen | 334-09 (10.5Fr) | Preattached | 1/ea |
| 700-07-16 | 10.0 Fr (1.2 mm I.D.), 76 cm, Dual Lumen | 334-09 (10.5Fr) | Attachable | 1/ea |
| 700-07-18 | 12.0 Fr (1.6 mm I.D.), 76 cm, Dual Lumen | 334-12 (13.0 Fr) | Preattached | 1/ea |
| 700-07-19 | 12.0 Fr (1.6 mm I.D.), 76 cm, Dual Lumen | 334-12 (13.0 Fr) | Attachable | 1/ea |
| **Chemo-Port Implantable - Arterial** | | | | |
| **Standard Titanium Chemo-Port** | | | | |
| 700-01-13 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Preattached | 1/ea |
| 700-01-17 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Attachable Arterial | 1/ea |
| **Low Profile Titanium Chemo-Port** | | | | |
| 700-05-13 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Preattached | 1/ea |
| 700-05-17 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Attachable Arterial | 1/ea |
| **Standard Delrin Chemo-Port** | | | | |
| 700-06-13 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Preattached | 1/ea |
| 700-06-17 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | N/A | Attachable Arterial | 1/ea |

## HDC® Chemo-Port® Complete Kits - Vascular Access System

Ordering Information

| Product Number | Detailed Product Description | Introducer Size | Attachement | Packaged |
|---|---|---|---|---|
| **Chemo-Port Implantable - Vascular** | | | | |
| **Standard Tintanium Chemo-Port with Introducer** | | | | |
| 735-01-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Preattached | 1/ea |
| 735-01-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Attachable | 1/ea |
| 735-01-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Preattached | 1/ea |
| 735-01-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Attachable | 1/ea |
| **Standard Delrin Chemo-Port with Introducer** | | | | |
| 735-06-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Preattached | 1/ea |
| 735-06-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Attachable | 1/ea |
| 735-06-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Preattached | 1/ea |
| 735-06-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Attachable | 1/ea |
| **Low Profile Titanium Chemo-Port with Introducer** | | | | |
| 735-05-10 | 4.0 Fr (0.6 mm I.D.), 70 cm, Single Lumen | 5.0 Fr | Preattached | 1/ea |
| 735-05-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Preattached | 1/ea |
| 735-05-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Attachable | 1/ea |
| 735-05-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Preattached | 1/ea |
| 735-05-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Attachable | 1/ea |
| **Low Profile Delrin Chemo-Port with Introducer** | | | | |
| 735-08-10 | 4.0 Fr (0.6 mm I.D.), 70 cm, Single Lumen | 5.0 Fr | Preattached | 1/ea |
| 735-08-11 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Preattached | 1/ea |
| 735-08-15 | 6.6 Fr (1.0 mm I.D.), 76 cm, Single Lumen | 7.0 Fr | Attachable | 1/ea |
| 735-08-12 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Preattached | 1/ea |
| 735-08-16 | 9.6 Fr (1.6 mm I.D.), 76 cm, Single Lumen | 10.5 Fr | Attachable | 1/ea |
| **Standard Dual Delrin Chemo-Port with Introducer** | | | | |
| 735-07-12 | 10.0 Fr (1.2 mm I.D.), 76 cm, Dual Lumen | 10.5 Fr | Preattached | 1/ea |
| 735-07-16 | 10.0 Fr (1.2 mm I.D.), 76 cm, Dual Lumen | 10.5 Fr | Attachable | 1/ea |
| 735-07-18 | 12.0 Fr (1.6 mm I.D.), 76 cm, Dual Lumen | 13.0 Fr | Preattached | 1/ea |
| 735-07-19 | 12.0 Fr (1.6 mm I.D.), 76 cm, Dual Lumen | 13.0 Fr | Attachable | 1/ea |

# HDC's Chemo-Cath
# Central Venous Access System

## Ordering Information

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Chemo-Cath Tray with Introducer Kit** | | |
| 335-03 | 3.0 Fr (0.5 mm I.D.), 71 cm, Single Lumen Chemo-Cath w/ 4.0 Fr Introducer Kit | 5/pkg. |
| 335-04 | 4.0 Fr (0.6 mm I.D.), 71 cm, Single Lumen Chemo-Cath w/ 5.0 Fr Introducer Kit | 5/pkg. |
| 335-06 | 6.6 Fr (1.0 mm I.D.), 92 cm, Single Lumen Chemo-Cath w/ 7.0 Fr Introducer Kit | 5/pkg. |
| 335-09 | 9.6 Fr (1.6 mm I.D.), 92 cm, Single Lumen Chemo-Cath w/ 11.0 Fr Introducer Kit | 5/pkg. |
| 335-07 | 7.0 Fr (0.7/1.0 mm I.D.), 71 cm, Dual Lumen Chemo-Cath w/ 8.0 Fr Introducer kit | 5/pkg. |
| 335-10 | 9.6 Fr (0.7/1.3 mm I.D.), 92 cm, Dual Lumen Chemo-Cath w/ 11.0 Fr Introducer Kit | 5/pkg. |
| 335-12 | 12.0 Fr (1.6/1.6 mm I.D.), 92 cm, Dual Lumen Chemo-Cath w/ 13.0 Fr Introducer Kit | 5/pkg. |

| Product Number | Detailed Product Description | Recommended Introducer Kit | Packaged |
|---|---|---|---|
| **Chemo-Cath *Only* Tray** | | | |
| 331-03 | 3.0 Fr (0.5 mm I.D.), 71 cm, Single Lumen Chemo-Cath | 334-03 (4 Fr) | 5/pkg. |
| 330-04 | 4.0 Fr (0.6 mm I.D.), 71 cm, Single Lumen Chemo-Cath | 334-04 (5 Fr) | 5/pkg. |
| 330-06 | 6.6 Fr (1.0 mm I.D.), 92 cm, Single Lumen Chemo-Cath | 334-06 (7 Fr) | 5/pkg. |
| 330-09 | 9.6 Fr (1.6 mm I.D.), 92 cm, Single Lumen Chemo-Cath | 334-09 (11 Fr) | 5/pkg. |
| 330-07 | 7.0 Fr (0.7/1.0 mm I.D.), 71 cm, Dual Lumen Chemo-Cath | 334-07 (8 Fr) | 5/pkg. |
| 330-10 | 9.6 Fr (0.7/1.3 mm I.D.), 92 cm, Dual Lumen Chemo-Cath | 334-09 (11 Fr) | 5/pkg. |
| 330-12 | 12.0 Fr (1.6/1.6 mm I.D.), 92 cm, Dual Lumen Chemo-Cath | 334-12 (13 Fr) | 5/pkg. |

*Chemo-Cath Tray **Only** Contents:*

(1) Indicated Silicone Rubber Catheter (with Clamps)
(1) Syringe w/ Needle
(1) Flow Clamp Per Lumen
(1) Cap Per Lumen
(1) Instruction Manual
(1) Sterile Field
(1) Implant Record Card

### Chemo-Cath Repair Kits

| | | |
|---|---|---|
| 330-01 | 6.6 Fr Chemo-Cath Repair Kit | 1/ea |
| 330-02 | 9.6 Fr Chemo-Cath Repair Kit | 1/ea |
| 330-03 | 4.0 Fr Chemo-Cath Repair Kit | 1/ea |

( Repair Kits repair **Only** the Legs on Chemo-Cath Catheters)

EXHIBIT F

## HDC's Chemo-Cath & Chemo-Port Accessories

### Ordering Information

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **Universal Percutaneous Introducer Kit** | | |
| 334-03 | 4.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |
| 334-04 | 5.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |
| 334-06 | 7.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |
| 334-07 | 8.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |
| 334-09 | 11.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |
| 334-12 | 13.0 Fr Universal Percutaneous Introducer Kit | 5/pkg. |

*Universal Percutaneous Introducer Kit Contents:*

(1) 18 ga Thin Wall Needle
(1) J Guidewire with Holder
(1) Sterile Field
(1) Catheter Introducer
(1) Instruction manual
(1) VAD Tunneling Instrument

| Product Number | Detailed Product Description | Packaged |
|---|---|---|
| **VAD Tunneler** | | |
| 720-17 | VAD Tunneling Instrument | 10/pkg |

EXHIBIT F

CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2008 I electronically filed the foregoing DECLARATION OF JAMES D. PETRUZZI with the clerk of court for the U.S. District Court, Northern District of California, using the electronic case filing system of the court. The following attorneys of record for Defendant have consented in writing to accept notice as service of this document by electronic means and are being served by a "Notice of Electronic Filing" sent by the electronic case filing ("ECF") system:

[n/a].

/s James D. Petruzzi
James D. Petruzzi