1

2

3

4                              UNITED STATES DISTRICT COURT

5                             NORTHERN DISTRICT OF CALIFORNIA

6    LARRY G. JUNKER,                                Case No. C07-5094 JCS

7               Plaintiff(s),

                                                     **ORDER FOR REASSIGNMENT**

8          v.

9    HDC CORPORATION,

10              Defendant(s).

     _____/

11

12         In view of the Report and Recommendation dated July 28, 2008, the clerk shall **REASSIGN**

13   the above-captioned case immediately to a district court judge.

14         IT IS SO ORDERED.

15

16   Dated:  July 29, 2008

17                                        _____

18                                        JOSEPH C. SPERO
                                          United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California