IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY G. JUNKER,<br><br>    Plaintiff,<br><br>  v.<br><br>HDC CORPORATION,<br><br>    Defendant.                        / | No. C 07-05094 CRB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Now pending before the Court is the Magistrate Judge's Report and Recommendation that the Court enter a default judgment in favor of Plaintiff. Defendant has not filed any objections to the Report and Recommendation, see 28 U.S.C. § 636(b)(1), and the Court agrees with the reasoning of the Report and Recommendation, accordingly, the motion for default judgment is GRANTED and Plaintiff is awarded $10,519.80 in damages and $2,604.70 in prejudgment interest.

**IT IS SO ORDERED.**

Dated: August 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5094\Order Adopting R&R.wpd