**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


LARRY G. JUNKER,

        Plaintiff,

  v.

HDC CORPORATION,

        Defendant.
_____/

No. C 07-05094 CRB

**JUDGMENT**

    Having adopted the Magistrate Judge's Report and Recommendation entering a default judgment in favor of Plaintiff, judgment is entered in favor of Plaintiff and against Defendant HDC Corporation.

    **IT IS SO ORDERED.**


Dated:  August 8, 2008

                        CHARLES  R. BREYER
                        UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5094\Judgment.wpd